IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3106 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN E. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

      IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 396) is granted, as follows:

      Plaintiff shall have until December 23, 2005 to respond to Defendant's motion for new trial (filing 395).

December 14, 2005.          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge