IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3106-1 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN E. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion to proceed in forma pauperis on appeal (filing 465) but has not supported the motion with an affidavit as required by Fed. R. App. P. 24(a)(1).[1]  Accordingly,

IT IS ORDERED that:

1. The defendant's motion to proceed in forma pauperis on appeal (filing 465) is denied.[2]

2. The clerk of the court shall send a copy of this memorandum and order to the Clerk of the United States Court of Appeals for the Eighth Circuit pursuant to Fed. R. App. P. 24(a)(4)(C).

April 7, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge

---

[1] The defendant's prisoner account statement does not satisfy this affidavit requirement.

[2] The defendant again is advised that he may file a motion in the Court of Appeals for permission to proceed in forma pauperis.  *See* Fed. R. App. P. 24(a)(5).