IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01CR3106 |
| vs. | |
| JOHN E. DAVIS, | MEMORANDUM AND ORDER |
| Defendant. | |

Defense counsel submitted an Application to Proceed Without Prepaying Fees or Costs with a "United States Court of Appeals, Eighth Circuit" heading and it was filed with this District Court. Accordingly, to the extent that I have the authority to address it,

IT IS ORDERED that Defendant Davis's Application to Proceed on Appeal in Forma Pauperis (Filing 509) is granted. A copy of this Memorandum and Order shall be sent to the Clerk of the Eighth Circuit Court of Appeals.

Dated this 21st day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge