IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHN E. DAVIS,

Defendant.

4:01CR3106

ORDER

I have received the defendant's "emergency" motion for reduction of sentence. *See* Filing 515, Filing 516.

IT IS ORDERED that:

(1)    The Federal Public Defender for the District of Nebraska is appointed to represent the defendant.

(2)    The government is ordered to file its response to the defendant's motion no later than July 1, 2022.

(3)    The defendant may reply to the government's response no later than 10 days after the government has responded.

(4)    The Clerk shall provide a copy of this order to the defendant. The Clerk shall also provide a copy of this order and Filings 516 and 516 to the Federal Public Defender and government's counsel.

Dated this 1st day of June, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge