IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN E. DAVIS,<br><br>　　　　　　Defendant. | 4:01CR3106<br><br>**ORDER** |

　　IT IS ORDERED that the Emergency Motion to Reduce Sentence, filing no. 515, as to defendant John E. Davis is denied for all the reasons submitted by the Government in its reply brief, filing no. 521.

　　Dated this 1st day of July, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge